# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Katherine Sevcik, | Civil No. 07-3689 (RHK/AJB) |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE OF WALGREENS CO.** |
| vs. | |
| C.B. Fleet Holding Company, Incorporated, a Virginia corporation; C.B. Fleet Company, Inc., a Virginia corporation, Walgreens Co., a Deerfield, Illinois, corporation, and DOES 1 through 100, | |
| Defendants. | |

Based on the Stipulation (Doc. No. 37) between the parties, **IT IS ORDERED** that Plaintiffs' claims against Walgreens Co. are hereby **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

Dated: February 6, 2008

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge